Filed: 4/20/2016 6:58:16 PM
Yoon Kim
District Clerk
Collin County, Texas
By Christina Joseph Deputy
Envelope ID: 10223970

NO. 296-82354-2014

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **vs.** | § | **296TH JUDICIAL DISTRICT** |
| | § | |
| **COREY SMITH** | § | **COLLIN COUNTY, TEXAS** |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
4/21/2016 10:52:22 AM
LISA MATZ
Clerk

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Corey Smith, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Corey Smith.

Respectfully submitted,

Law Office of Curtis Lilly
2201 Main, Suite 1220
Dallas, TX 75201
Tel: (214) 573-7660
Fax: (214) 573-7661

By: /Curtis Lilly/
Curtis Lilly
State Bar No. 24030063
clilly@clillylaw.com
Attorney for Corey Smith

## CERTIFICATE OF SERVICE

This is to certify that on April 20, 2016, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Collin County, by hand delivery.

/Curtis Lilly/
Curtis Lilly